FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2021

No. 04-21-00339-CV

**IN RE ROLANDO H. BRIONES, II**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On August 20, 2021, we issued an order inviting the real party in interest to file a response to relator's petition for writ of mandamus by September 9, 2021. The real party in interest filed an unopposed motion requesting an extension of that deadline until October 11, 2021. After consideration, we **GRANT** the real party in interest's motion and **ORDER** her to file her response **by October 11, 2021**.

It is so **ORDERED** September 14, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT